Hon. Richard A. Jones

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

HYUNG B. KANG, *et al.*,

    Plaintiffs,

  v.

AMERICAN FAMILY INSURANCE COMPANY,

    Defendant.

No. 2:20-cv-1818-RAJ

MINUTE ORDER

    The clerk issues the following minute order by the authority of the Honorable Richard A. Jones, United States District Court Judge.

    THIS MATTER comes before the Court upon Plaintiff's Motion to Remand Matter to Snohomish County Superior Court. Dkt. # 9.

    In its response (Dkt. # 11), Defendant American Family Insurance Company indicates that based on the new information set forth in Plaintiff's Amended Complaint (Dkt. # 7), Defendant is in agreement to remand this matter back to the Snohomish County Superior Court.

    Accordingly, the Court GRANTS Plaintiff's unopposed Motion to Remand and REMANDS the case to Snohomish County Superior Court.

    DATED this 25th day of January, 2021.

    WILLIAM M. McCOOL,
    Clerk of the Court

    */s/ Victoria Ericksen*
    Deputy Clerk to Hon. Richard A. Jones